AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****          DISTRICT OF    NEVADA

ESAUL CARDENAS,

      Petitioner,          JUDGMENT IN A CIVIL CASE
  V.

                              CASE NUMBER: **3:04-cv-00720-PMP-RAM**

WARDEN VARE, et al.,

      Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is DENIED IN ITS ENTIRETY.


   March 11, 2008                              **LANCE S. WILSON**
                                                           Clerk

                                                           /s/ Kalani Lizares
                                                             Deputy Clerk